UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
JUL 24 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                INDICTMENT NO. 6:25-cr-062-REW

JASON M. DURHAM and
SHAWN P. DAVIDSON

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNT 1
## 21 U.S.C. § 846

On or about a date in February 2025, the exact date unknown, and continuing through on or about July 7, 2025, in Laurel County, Rockcastle County, and Madison County, in the Eastern District of Kentucky, and elsewhere,

JASON M. DURHAM and
SHAWN P. DAVIDSON

did conspire together and with others to knowingly and intentionally distribute a mixture or substance containing a detectable amount of fluorofentanyl (a fentanyl analogue), a Schedule I controlled substance, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 846.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about April 17, 2025, in Laurel County, in the Eastern District of Kentucky,

### JASON M. DURHAM

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fluorofentanyl (a fentanyl analogue), a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, the use of which resulted in the death of another person, identified here as K.L., all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about July 7, 2025, in Madison County, in the Eastern District of Kentucky,

### SHAWN P. DAVIDSON

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and a mixture or substance containing a detectable amount of fentanyl, both Schedule II controlled substances, all in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

_/s/ Paul C. McCaffrey_
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

### If Prior Felony Drug Offense:
Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

### COUNT 2:

Not less than 20 years and not more than life imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

### If Prior Felony Drug Offense:
Life imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

### COUNT 3:

Not less than 10 years nor more than life imprisonment, a fine of not more than $10,000,000, and at least 5 years supervised release.

### If Prior Serious Drug or Violent Felony Offense:
Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.